---
```
```
---

Case 1:07-cv-03981-DAB   Document 6   Filed 09/13/2007   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 3981 (DAB)
ECF CASE

**DEFAULT JUDGMENT**

                            Plaintiffs,

           -against-

M&S FABRICATORS & ERECTORS INC.,

                            Defendant.
------------------------------------------------------------------X

This action having been commenced on May 22, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant M&S Fabricators & Erectors Inc. on June 1, 2007 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on June 14, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on July 18, 2007, it is

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 9/13/07

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,185.00 for a total of $3,585.00 and that M&S Fabricators & Erectors Inc. and its officers are ordered to produce any and all books and records relating to M&S Fabricators & Erectors Inc. for the period of October 1, 2004 through March 1, 2007.

Dated: September 13, 2007
New York, New York

*Deborah A. Batts*
Honorable Deborah A. Batts
United States District Judge

This document was entered on the docket on _____.

STATE OF NEW YORK   )
                    :SS.:
COUNTY OF NEW YORK  )

ALLISON ROTHMAN, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in New City, New York. On the 20th day of July, 2007, I served the plaintiffs' **NOTICE OF MOTION** and **SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   M&S Fabricators & Erectors Inc.
      P.O. Box 2416
      North Babylon, NY 11703

_____
ALLISON ROTHMAN

Sworn to before me this
20th day of July, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 2008